In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00374-CV
_____

RONNIE R. CEASAR, Appellant

V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the 128th District Court
Orange County, Texas
Trial Cause No. A190283-C

**MEMORANDUM OPINION**

Ronnie R. Ceasar filed a notice of appeal after appellee Wells Fargo Bank, N.A. ("Wells Fargo") filed a notice of removal in the trial court. On October 29, 2019, we informed the parties that our jurisdiction was not apparent from the notice of appeal, and we warned that we would dismiss the appeal for lack of jurisdiction unless our jurisdiction was established. Ceasar filed a response, but failed to identify a signed order or judgment over which this Court has jurisdiction.

1

The records provided to our court by the District Clerk indicate that the trial court has not signed an appealable order. Rather, the only document that appears in the record on appeal is the notice of removal filed by Wells Fargo. This Court's appellate jurisdiction is limited to appeals from final judgments and such interlocutory orders as the legislature has deemed appealable. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014; *City of Houston v. Kilburn*, 849 S.W.2d 810, 811 (Tex. 1993). Because the record does not contain a signed, appealable order from the trial court, we conclude that we lack jurisdiction. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 4, 2019
Opinion Delivered December 5, 2019

Before Kreger, Horton, and Johnson, JJ.